UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. BENNETT,<br><br>                              Plaintiff,<br><br>   v.<br><br>UNITED COLLECTION BUREAU, INC., and DOES 1-10,<br><br>                              Defendants. | Case No.: 3:21-cv-00051-DMS-AGS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE ANSWER AS MOOT** |

On January 11, 2021, Plaintiff Brian C. Bennett filed a Complaint in this Court. (ECF No. 1.) Defendant United Collection Bureau, Inc. filed an Answer to the Complaint on March 22, 2021. (ECF No. 6.) On March 22, 2021, Plaintiff filed a motion to strike Defendant's Answer. (ECF No. 8.) Defendant filed an Amended Answer and a response in opposition to Plaintiff's motion on April 9, 2021. (ECF Nos. 10, 11.) Plaintiff did not file a reply. The Court finds that the Amended Answer is now the operative complaint in this case per Fed. R. Civ. P. 15(a)(1). As this renders Plaintiff's outstanding motion moot, the motion is therefore denied.[1]

---

[1] Plaintiff's motion is currently scheduled for hearing on April 23, 2021. This hearing is also vacated for mootness.

1  **IT IS SO ORDERED**.

3  Dated: April 19, 2020

_____
Hon. Dana M. Sabraw
United States Chief District Judge

2

3:21-cv-00051-DMS-AGS