Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
BRYAN C. BENNETT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN C. BENNETT,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED COLLECTION BUREAU, INC.<br><br>           Defendant(s), | Case No.: 3:21-cv-00051-DMS-AGS<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.**<br><br>Judge: Dana M. Sabraw<br><br>Magistrate: Andrew G. Schopler |

### JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff BRYAN C. BENNETT ("Plaintiff"), and Defendant UNITED COLLECTION BUREAU, INC., ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1  WHEREAS, the Parties stipulate that the entire action, including all claims, are hereby dismissed with prejudice as to UNITED COLLECTION BUREAU, INC., and the Parties hereby jointly move to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: July 19, 2021   By:   */s/ Ahren A. Tiller*
Ahren A. Tiller, Esq.
BLC Law Center, APC
Attorney for Plaintiff
BRYAN C. BENNETT

Dated: July 19, 2021   By:   */s/ Sean P. Flynn*
Sean P. Flynn, Esq.
Gordon Rees Scully Mansukhani LLP
Attorney for Defendant
United Collection Bureau Inc

## SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: July 19, 2021          By:     */s/ Ahren A. Tiller*
                                      Ahren A. Tiller, Esq.
                                      BLC Law Center, APC
                                      Attorney for Plaintiff
                                      BRYAN C. BENNETT

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On <u>July 19, 2021</u>, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):  Sean P Flynn - sflynn@grsm.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 19, 2021                           By: /*s/ Ahren A. Tiller*
                                                   Ahren A. Tiller
                                                   BLC Law Center, APC
                                                   Attorneys for Plaintiff