UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN C. BENNETT,<br><br>                               Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>                               Defendant. | Case No.:  21-cv-00051-DMS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Joint Motion for Dismissal of Entire Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, hereby orders that the entire action, including all claims, is hereby dismissed with prejudice, with each Party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  July 20, 2021

Hon. Dana M. Sabraw
United States Chief District Judge